■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BEAKER, Appellant. [53 NYS3d 543]—

Order, Supreme Court, Bronx County (Steven L. Barrett, J.), entered February 13, 2014, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly assessed 15 points under the risk factor for drug or alcohol abuse, based on the presentence report regarding an earlier conviction and information in the case summary (*see e.g. People v Johnson*, 77 AD3d 548 [1st Dept 2010], *lv denied* 16 NY3d 705 [2011]). In any event, regardless of whether defendant's correct point score is 130 or 115 points, he remains a level three offender, and we find no basis for a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The fact that defendant has been deported is not an appropriate basis for such a departure (*see e.g. People v Zepeda*, 124 AD3d 417 [1st Dept 2015], *lv denied* 25 NY3d 902 [2015]). Concur—Friedman, J.P., Gische, Kapnick, Kahn and Gesmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINO RIOS, Appellant. [53 NYS3d 544]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Marcy L. Kahn, J. at trial and original sentencing; Bonnie G. Wittner, J. at resentencing), rendered September 19, 2016, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Gische, Kapnick and Gesmer, JJ.